```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )            4:01CR65
              Plaintiff,       )
                               )
     vs.                       )            ORDER
                               )
DANNY FAYE ERDMAN,             )
                               )
              Defendant.       )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:30 p.m. on September 14, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: July 31, 2006.

> BY THE COURT
>
> s/ David L. Piester
> _____
> David L. Piester
> United States Magistrate Judge