IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR65 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DANNY ERDMAN, | ) | |
| | ) | |
| Defendant. | ) | |

    A conference call with counsel was held. On the oral motion of the defendant, and with the agreement of the government,

    IT IS ORDERED that Defendant Erdman's revocation hearing is rescheduled to Tuesday, December 12, 2006, at 12:00 noon, before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

    September 13, 2006.        BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge