IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR65 |
| | ) | |
| v. | ) | |
| | ) | |
| DANNY FAYE ERDMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 12, 2006, a Revocation of Supervised Release hearing was held before Judge Richard G. Kopf. The Court accepted the defendant's admission of the allegation that he violated Standard Condition No. 7 in the Petition for Offender Under Supervision (filing no. 89).
.

IT IS ORDERED:

The defendant is admonished to abide by his conditions of Supervised Release and warned that further violations of those conditions will likely result in imprisonement. The Court finds that the defendant's Supervised Release should not be revoked. The defendant's Supervised Release is continued with the same terms and conditions as previously set forth in the Judgment and Committal Order dated September 16, 2004.

DATED this 13th day of December, 2006.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge